Cornelius Driscoll, Respondent, v. Cadillac Hotel Company, Appellant. — Exceptions overruled and judgment ordered on verdict. No opinion. Order to be settled on notice. Present — Ingraham, P. J., McLaughlin Laughlin, Clarke and Scott, JJ. (Ingraham, P. J., and Clarke, J., dissenting.)

The People of the State of New York ex rel. Andrew F. Kelly, Relator, v. Rhinelander Waldo, as Police Commissioner of the City of New York, Respondent.— Writ dismissed and proceedings affirmed, with fifty dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Dominic De Frisco, Appellant, v. Patrick Goodman, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Ernest Werner and Campbell C. Broun, Doing Business under the Firm Name of Werner & Broun, Respondents, v. Ruth Noyes Heinze, Appellant, Impleaded with Another.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Kate Duchardt and Others, on Behalf of Themselves and the Other Members of Harrison Circle No. 250 of Companions of the Forest of America, and Companions of the Forest of America, Respondents, v. Kate Huxley and Others, Formerly Members of Harrison Circle No. 250 of Companions of the Forest of America, now Members of The Lady Foresters of America, Appellants.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

James A. McNelus and Julius Harburger, as Sheriff of the County of New York, Respondents, v. Edwin A. Stillman and Others, as Sole Executors, etc., Appellants.— Order affirmed, with ten dollars costs and disbursements, with leave to defendants to answer on payment of costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Onslow W. Messimer, Appellant, v. The New York Dock Company, Respondent.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Michael J. Drummond, as Commissioner of Public Charities of the City of New York, on behalf of Carmela Compatilli, Respondent, v. Frank Di Paolo, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.